LILLIE E. TAYLOR, Respondent, *v.* BANKERS' LOAN AND INVESTMENT COMPANY, Appellant.

*Taylor* v. *Bankers' Loan & Investment Co.,* 118 App. Div. 27, affirmed.
(Submitted October 9, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

April 4, 1907, modifying and affirming as modified a judgment in favor of plaintiff entered upon the report of a referee in an action to recover on certain certificates of stock in a building and loan association.

*John C. Ten Eyck* for appellant.

*Edmund S. Hopkins* and *W. E. Kisselburgh, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ